COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Gary M. Cooper v. Wyoming Cooper-Clifton

Appellate case numbers:  01-20-00476-CV

Trial court case number:  2017-62396

Trial court:             164th District Court of Harris County

     Appellant, Gary M. Cooper, has filed a second motion for extension of time to file his motion for rehearing and motion en banc reconsideration.  The motion is **granted**, and the time to file appellant's motion for rehearing and motion en banc reconsideration is extended to March 28, 2022.

     It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually

Date:  March 3, 2022